IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE J. SOBEL<br>and<br>MICHAEL FITTS<br><br>Plaintiffs<br>v.<br><br>AU BON PAIN COMPANY<br>and<br>AMTRAK<br>and<br>US EQUITIES REALTY<br><br>Defendants | : | CIVIL ACTION<br>NO:<br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:**

Defendant, Amtrak, herein files the instant Notice of Removal, and in support thereof, avers as follows:

1. On May 12, 2008, this action was commenced by Plaintiffs against Amtrak in the Court of Common Pleas in the County of Philadelphia, Commonwealth of Pennsylvania, upon the filing of a Writ of Summons. This case is known as *Renee J. Sobel and Michael Fitts v. Au Bon Pain Co., Inc. and Amtrak and US Equities Realty, May, 2008 Term, No. 1244.* The Writ of Summons is attached hereto as Exhibit A. The entry of appearance of Amtrak's counsel is attached as Exhibit B.

2. The Plaintiffs' claims have not been brought pursuant to the Federal Employer's Liability Act 45 U.S.C. § 51 et. seq.

3. Amtrak received Writ of Summons on May 15, 2008.

4 . Amtrak is a corporation which was created by an Act of Congress. See 40 U.S.C. § 24301, et seq.

5. The United States owns, and owned during all relevant times hereto, more than one-half of the capital stock of Amtrak.

6. The instant case is a Civil Action over which this Court has federal question jurisdiction under 28 U.S.C. §1331, in that Amtrak was created by an Act of Congress, wherein the United States is the owner of more than one-half of its capital stock. Eichelberg v. National Railroad Passenger Corp., 57 F.3d 1179 (2nd Cir. 1995); Foster v. National Fire, Marine & Inland Ins. Co., 986 F.2d 48, 51 (3d Cir. 1993); Capocy v. Kirtadze, et al., 1997 W.L. 182296 (N.D. Ill. 1997); Gibson v. National R. R. Corp., 170 F.R.D. 408 (E.D. Pa. 1997); Landman v. Borough of Bristol, 896 F. Supp. 406, 407-408 (E.D. Pa. 1995); Wormley v. Southern Pacific Transp. Co., 863 F. Supp. 382 (E.D. Tex 1994); Estate of Wright v. Illinois Cent. R. Co., 831 F.Supp. 574 (S.D. Miss. 1993); Boone v. National Railroad Passenger Corporation, 1993 W.L. 93 946 (E.D. Pa. 1993); Ritter v. Consolidated Rail Corporation, 1993 W.L. 29151 (E.D, Pa. 1993); Marcus v. Northeast Commuter Services Corp., 1992 W.L. 129637 (E.D, Pa. 1992); McManus v. Glassman's Wynnefield, Inc., 710 F.Supp. 1043 (E.D. Pa. 1989); In re: Rail Collision Near Chase, Maryland, on January 4, 1987; Harvey v. National Railroad Passenger

Corporation, et al., 680 F.Supp. 728 (D.Ct. Md. 1987); See also, Nero v. Amtrak, 714 F.Supp. 753, 754 (E.D. Pa. 1989); Rivera v. City of Bethlehem, E.D. Pa. No. 92-3292, Memorandum Opinion and Order, July 20, 1992; Zawacki v. Penpac, Inc., 745 F.Supp. 1044 (M.D. Pa. 1990).

7. The instant action is one which may be removed to this Court by Amtrak pursuant to the provisions of 28 U.S.C. §1441 et seq. in that this action has been brought in a state court, and a District Court of the United States has original jurisdiction under 28 U.S.C. §1331.

8. This instant Notice of Removal is being filed with this Court within the time period for removal as set forth in 28 U.S.C. §1446(b), and as discussed in Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 119 S.Ct. 1322 (1999), inasmuch as the applicable thirty (30) day period for removal has not expired.

9. The co-defendant, Au Bon Pain Company, Inc., has consented to removal of the action. See "Consent of Co-Defendant to Removal of the Instant Case", attached as Exhibit C.

10. The co-defendant, US Equities Realty has consented to the removal of the instant action. See Consent of co-defendant to the removal of the instant case attached hereto as Exhibit D.

11. Written notice of the filing of this Notice of Removal will be given to the adverse parties as required by 28 U.S.C. §1446(d), as evidenced by the attached Certificate of Service.

12. A true and correct time-stamped copy of this Notice of Removal will be filed with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania, as provided by 28 U.S.C. §1446(d).

13. Pursuant to U.S.C. §1446(a), a true and correct copy of all process, pleadings and orders served and/or filed are attached hereto.

WHEREFORE, Amtrak requests that this Court remove the instant action from the Court of Common Pleas, County of Philadelphia, Commonwealth of Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

GALLAGHER & ROWAN, P.C.

BY: **PFG2137**

PAUL F.X. GALLAGHER, ESQUIRE
Attorney I.D. No. 16225
1800 JFK Boulevard - Suite 1000
Philadelphia, Pennsylvania 19103
Tele: (215) 732-8900
Attorneys for Defendant Amtrak

Date: June 6, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RENEE J. SOBEL | : | |
| and | : | |
| MICHAEL FITTS | : | CIVIL ACTION |
| | : | NO: |
| Plaintiffs | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| AU BON PAIN COMPANY | : | 12 JURORS REQUESTED |
| and | : | |
| AMTRAK | : | |
| and | : | |
| US EQUITIES REALTY | : | |
| | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

I, Paul F.X. Gallagher, Esquire, attorney for defendant, Amtrak, herein certify that a true and correct copy of the foregoing Notice of Removal was served via first class mail, postage prepaid to all counsel as follows on June 6, 2008:

Jay A. Hochberg, Esquire
HOCHBERG, LEVIN & ZEIGER, LLP
1315 Walnut Street
Suite 716
Philadelphia, Pennsylvania 19107
***Attorney for Plaintiff***

Daniel Maher, Jr., Esquire
150 South Independence Mall West
Public Ledger Building
Suite 500
Philadelphia, Pennsylvania 19106
***Attorney for Defendant***
***Au Bon Pain Company***

Patricia Baxter, Esquire
United Plaza
30 South 17th Street
Suite 1700
Philadelphia, Pennsylvania 19103
***Attorney for Defendant***
***US Equities Realty***

GALLAGHER & ROWAN, P.C.

BY: **PFG2137**

PAUL F.X. GALLAGHER, ESQUIRE
Attorney I.D. No. 16225
1800 JFK Boulevard - Suite 1000
Philadelphia, Pennsylvania 19103
Tele: (215) 732-8900
Attorneys for Defendant Amtrak

Date: June 6, 2008