GP

FILED
JUN 06 2008
MICHAEL E. KUNZ, Clerk
By ________ Dep. Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RENEE J. SOBEL and MICHAEL FITTS

V.

AU BON PAIN COMPANY and AMTRAK and US EQUITIES REALTY

Civil Action No: 08CV2659

# DISCLOSURE STATEMENT FORM

Please check one box:

[XX] The nongovernmental corporate party, NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock. (SEE ATTACHED)

[ ] The nongovernmental corporate party, ____________, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

____________

____________

____________

____________

JUNE 6, 2008
Date

Paul FX Gallagher
Signature

Counsel for: PAUL F.X. GALLAGHER, ESQUIRE
ATTORNEY FOR DEFENDANT
NATIONAL RAILROAD PASSENGER CORPORATION
a/k/a AMTRAK

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:

(1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

(2) promptly file a supplemental statement upon any change in the information that the statement requires.

JUN 6 2008