IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE J. SOBEL and<br>MICHAEL FITTS, husband and wife<br><br>Plaintiffs<br><br>v.<br><br>AU BON PAIN COMPANY, INC. and<br><br>NATIONAL RAILROAD PASSENGER CORPORATION and<br><br>U.S. EQUITIES REALTY<br>Defendants. | CIVIL ACTION No. 08-2659<br><br>JURY TRIAL REQUESTED |

**NOTICE OF DISMISSAL**

To The Clerk of Courts:

Pursuant to Federal Rule of Procedure 41(a)(1)(A)(i), Plaintiffs file this Notice of Dismissal as to Defendants National Railroad Passenger Corporation and U.S. Equities Realty. This Notice dismisses only these two Defendants.

Respectfully Submitted,

HOCHBERG LEVIN & ZEIGER, LLP

Dated: June 13, 2008

BY: [signature]

Jay A. Hochberg, Esquire
Identification # 89232
1315 Walnut Street, Suite 716
Philadelphia, PA 19107
215-825-5183 phone
215-279-8702 fax
jay@hlzlaw.com