IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE J. SOBEL and<br>MICHAEL FITTS, husband and wife<br>Plaintiffs | : | CIVIL ACTION |
| vs. | : | NO. 08 CV 2659 |
| AU BON PAIN COMPANY, INC. and<br>NATIONAL RAILROAD PASSENGER<br>CORPORATION and<br>U.S. EQUITIES REALTY<br>Defendants | : | |

DEFENDANT, AU BON PAIN COMPANY INC'S ANSWER
TO PLAINTIFFS' COMPLAINT WITH AFFIRMATIVE DEFENSES

Defendant, Au Bon Pain Corporation, by Daniel J. Maher, Esquire, undersigned counsel, answers Plaintiffs' Complaint in Civil Action as follows:

1. Denied. The averments of this paragraph constitute legal conclusions to which no responses are required under the Pennsylvania Rules of Civil Procedure.

2. Admitted.

3. Admitted.

4. Denied. The averments of this paragraph constitute legal conclusions to which no responses are required under the Pennsylvania Rules of Civil Procedure.

5. Denied. The averments of this paragraph constitute legal conclusions to which no responses are required under the Pennsylvania Rules of Civil Procedure.

6. Denied. The averments of this paragraph constitute legal conclusions to which no responses are required under the Pennsylvania Rules of Civil Procedure.

7. Denied. The averments of this paragraph constitute legal conclusions to which no responses are required under the Pennsylvania Rules of Civil Procedure.

WHEREFORE, it is requested that judgment be entered in favor of the Answering Defendant.

## COUNT I

## RENEE SOBEL V. AU BON PAIN COMPANY, INC.

The Answering Defendant herein incorporates the above paragraphs as if the same were fully set forth.

8. Denied. The averments of this paragraph constitute legal conclusions to which no responses are required under the Pennsylvania Rules of Civil Procedure.

9. Denied. The averments of this paragraph constitute legal conclusions to which no responses are required under the Pennsylvania Rules of Civil Procedure.

10. Denied. The averments of this paragraph constitute legal conclusions to which no responses are required under the Pennsylvania Rules of Civil Procedure.

11. Denied. The averments of this paragraph constitute legal conclusions to which no responses are required under the Pennsylvania Rules of Civil Procedure.

12. Denied. The averments of this paragraph constitute legal conclusions to which no responses are required under the Pennsylvania Rules of Civil Procedure.

WHEREFORE, it is requested that judgment be entered in favor of the Answering Defendant.

## FIRST AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred and/or limited by the provisions of the Pennsylvania Comparative Negligence Act, 42 Pa. C.S.A. § 7102.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred and/or limited by the failure to mitigate damages.

THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are due in whole or in part to an act or acts of commission or omission of persons, parties or entities other than the Answering Defendant and over whom the Answering Defendant had no control or right of control.

FOURTH AFFIRMATIVE DEFENSE

The Plaintiffs assumed the risk of any injuries and/or damages alleged.

WHEREFORE, it is requested that Judgment be entered in favor of the Answering Defendant.

Respectfully submitted,

**Baginski, Mezzanotte, Hasson and Rubinate**

BY: ______________________

Daniel J. Maher, Esquire
Attorney Identification No.: 49762
Public Ledger Building
6th and Chestnut Streets, Suite 500
Philadelphia, PA 19106-3476
(215) 627-3087
Attorney for Defendant