IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RENEE J. SOBEL, et al : CIVIL ACTION

v.

AU BON PAIN COMPANY

No. 08-2659

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been **rescheduled** for ARBITRATION at 9:30 am on Friday, October 2, 2009 . **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE JAMES A. BYRNE U.S. COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PA 19106. PLEASE REPORT TO ROOM 2609 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Previous hearing dates 6/3/09, 9/24/09

By: /s/ Kimberly Scott-Hayden
Kimberly Scott-Hayden
Deputy Clerk
Phone: 267-299-7075

Date: September 17, 2009

Copies: Rose A. Barber, Courtroom Deputy to Judge Gene E.K. Pratter
Docket Clerk - Case File

Counsel: Jay A. Hochberg, Esq.
Daniel J. Maher, Esq.
Paul F.X. Gallagher, Esq.