IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENEE J. SOBEL, et al | : | CIVIL ACTION |
| v. | : | |
| AU BON PAIN COMPANY. | : | |
| | : | No. 08-2659 |

**STIPULATION**

AND NOW, this 1st day of 2, 2009, it is hereby stipulated by and between counsel in the above-captioned matter that the arbitration hearing will be held before two arbitrators.

Daniel J. Muller

Jay A. Hochberg

ARB 9(10/98)