**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

: CIVIL ACTION

RENEE J. SOBEL, et al

v.

AU BON PAIN COMPANY

NO. 08-2659

**CIVIL JUDGMENT**

BEFORE HONORABLE GENE E.K. PRATTER

AND NOW, this day of , it appearing that an Arbitration Award was entered and filed on October 2, 2009, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of plaintiff Renee J. Sobel in the amount of $40,000 against defendant Au Bon Pain Company.

ATTEST: OR BY THE COURT:

By:________________
Deputy Clerk

/s/ Gene E.K. Pratter
GENE E.K. PRATTER, J.

ARB 16